EARL FRANK HUNT v. CITY OF TRENTON.

October 19, 1982.

Petition for certification denied.

IN THE MATTER OF THE SUSPENSION OR REVOCATION OF THE LICENSE OF FLORO G. GUERRERO, M.D. AND GENEVIEVE W. CONNOLLY, M.D. TO PRACTICE MEDICINE AND SURGERY IN THE STATE OF NEW JERSEY.

October 19, 1982.

Petition for certification is granted and the matter is remanded to the Appellate Division for reconsideration in light of *In Re: Revocation of the License of Irwin Jacob Polk,* 90 *N.J.* 550 (1982). Jurisdiction is not retained.

IN THE MATTER OF THE SUSPENSION OR REVOCATION OF THE LICENSE OF FLORO G. GUERRERO, M.D. AND GENEVIEVE W. CONNOLLY, M.D. TO PRACTICE MEDICINE AND SURGERY IN THE STATE OF NEW JERSEY.

October 19, 1982.

Petitions for certification denied.

STATE OF NEW JERSEY v. SALVATORE ANTIERI.

October 19, 1982.

Petition for certification denied. (See 186 *N.J.Super.* 20)